ORIGINAL

BY FAX

JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
150 Spear Street, Suite 725
San Francisco, CA 94105
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for CA Co. Ltd.

FILED
FEB 24 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

IN RE DMCA SUBPOENA TO
Webzilla, INC.

Case No: CV 15 80 067 MISC

DECLARATION OF JUNJI SUZUKI

I, Junji Suzuki, declare and testify as follows:

1. I am an attorney duly licensed to practice law in the State of California. I represent CA Co. Ltd., a Japanese corporation, in the above-entitled proceeding and as such, I am authorized and qualified to make this declaration for and on its behalf, and I make this declaration for that reason.

2. CA Co. Ltd. is seeking a subpoena pursuant to 17 U.S.C. § 512(h) to obtain information sufficient to identify the persons infringing its copyrighted works.

3. The purpose for which this subpoena is sought is to obtain the identity of the alleged infringers. Such information will only be used for the purpose of protecting rights under the Copyright Act (17 U.S.C. § 101, et seq.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

In re DMCA Subpoena to Webzilla Inc.
Declaration of Junji Suzuki

-Page 1 of 2-

3 | Executed on February 20, 2015.

Junji Suzuki
Attorney for CA Co. Ltd.



MARSHALL • SUZUKI LAW GROUP
150 Spear Street, Suite 725
San Francisco CA 94105
T E L 415.618.0090
F A X 415.618.0190

Junji Suzuki
junji@marshallsuzuki.com

October 31, 2014

<u>Via Email</u>

Alljapanesepass.com
via web form at http://www.supportidols.com/support4/

Epoch.com LLC
Attn: DMCA Agent/Adriana Dulic
2644 30th St., 2nd Floor
Santa Monica, CA, 90405
Email: copyright@epoch.com

Webzilla Inc.
Attn: Constantin Luchian/ Custodian of Record
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Email: abuse@webzilla.com; support@webzilla.com; legal@webazilla.com

    RE:    <u>**NOTIFICATION OF COPYRIGHT INFRINGEMENT**</u>
            **(Pursuant to 17 U.S.C. § 512)**
            Your/Your Customer: <u>www.alljapanesepass.com/</u>

To whom it may concern:

      This law office represents CA, Co. Ltd., a Japanese corporation (hereinafter called "CA"), in connection with CA's copyright infringement claim against you/your customer www.alljapanesepass.com .

      It has recently come to CA's attention that you/your customer has unlawfully published and introduced to the market certain copyrighted work listed in Exhibit A attached hereto ("Exhibit A"), which is exclusively licensed to CA (referred to as the "CA Work" or "Original Work"). The URLs of the video infringing the exclusive right of CA are also identified and listed in Exhibit A (referred to as the "Infringing Work").

      You/your customer has been advertising, distributing, and selling the Infringing Work, which is materially identical to the CA Work, through online store located at the aforementioned URL. It is clear that you/your customer has used the CA Work without

Alljapanesepass.com/Epoch.com LLC/Webzilla Inc.
October 31, 2014
Page 2 of 2

CA's permission, and that you/your customer's conduct infringes CA's exclusive right. Thus, CA has a good faith belief that use of the material in the manner complained of is not authorized by CA, its agent or the law.

On behalf of CA, we demand that you/your customer immediately disable access to the CA Work and cease any use, reproduction, and distribution of the CA Work and that you provide us with a written assurance that you/your customer will:

(a) permanently cease and desist from further use of the CA Work;
(b) permanently cease and desist from further advertising, marketing, distribution, and sale of the CA Work;
(c) remove or disable access to the Infringing Work and so confirm to us in writing;
(d) delete from your/your customer's website the advertisement that you/your customer sell the Infringing Work;
(e) display on your/your customer website for three months the statement that (i) the owner of the exclusive right of the CA Work is CA, and (ii) you/your customer have been selling the Infringing Work without CA's permission.

We also demand a written assurance that you/your customer will fully account to us with regard to advertising, marketing, purchasing, sales, and profits of the Infringing Works.

I declare that the information in this notice is accurate, and under penalty of perjury, that this office is authorized to act on behalf of CA, the owner of the exclusive right of the CA Work.

Your immediate response will be appreciated.

Very truly yours,

MARSHALL SUZUKI LAW GROUP, LLP

/s/

Junji Suzuki
Attorney at Law
150 Spear Street, Suite 725
San Francisco, CA 94105
(Tel) 415-618-0090
(Fax) 415-618-0190
(Email) junji@marshallsuzuki.com

Cc: Client

| | Infringing Work | Original Work |
|---|---|---|
| 1 | http://www.alljapanesepass.com/dvd/Busty-Female-Teacher-Horny-life-Only-To-Me | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mdyd789/ |
| 2 | http://www.alljapanesepass.com/dvd/Brass-Band-Would-Face-What-If-You-Rub-Tits-Hottie | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ebod289/ |
| 3 | http://www.alljapanesepass.com/dvd/Miyu-Nakais-First-Cell | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=midd363/ |
| 4 | http://www.alljapanesepass.com/dvd/S1-Girls-Collection-S-Class-Nurses-Alluring-Sex-4-Hours | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=onsd300/ |
| 5 | http://www.alljapanesepass.com/dvd/Maturechick-in-law-Hospitalized-Attended | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=oba075/ |
| 6 | http://www.alljapanesepass.com/dvd/Chin-Treasury-Treasury-Man | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=pid011/ |
| 7 | http://www.alljapanesepass.com/dvd/Multi-warehouse-Man-Shaving-Hair-For-1st-Time | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=soe964/ |
| 8 | http://www.alljapanesepass.com/dvd/Vacuum-Fellatio | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=7rki161/ |
| 9 | http://www.alljapanesepass.com/dvd/Vine-Horny-lifea-Hottie-And-Sarah-Dick-Black | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=3wanz118/ |
| 10 | http://www.alljapanesepass.com/dvd/8-Hours-Special-of-One-Time-Winning-Erotic-Babes | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=idbd249/ |
| 11 | http://www.alljapanesepass.com/dvd/Anal-Hot-sex-Intrinsic-Mizutani-Heart-Sound | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=migd515/ |
| 12 | http://www.alljapanesepass.com/dvd/Na-Yui-Lingerie | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=3wanz064/ |
| 13 | http://www.alljapanesepass.com/dvd/I-m-Sorry-Familylove-Hiroyuki-Mom-is-Lewd | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=oba073/ |
| 14 | http://www.alljapanesepass.com/dvd/Hot-sex4-Time-Jupa-Jupa-Berokisu-Of-18ppl-Olusegun | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=obe0003/ |
| 15 | http://www.alljapanesepass.com/dvd/Group-Fellatio-4-Hours | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=bib059/ |
| 16 | http://www.alljapanesepass.com/dvd/16-Busty-After-School-Girls-Club | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mibd579/ |
| 17 | http://www.alljapanesepass.com/dvd/Mizutani-Heart-Sound-Out-Shaved-Intrinsic-In | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=migd542/ |
| 18 | http://www.alljapanesepass.com/dvd/Kokomi-Sakura-Banging-in-20-Costumes | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=soe327/ |
| 19 | http://www.alljapanesepass.com/dvd/Wearing-No-Underwear-Housekeeper | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=oba080/ |
| 20 | http://www.alljapanesepass.com/dvd/Hot-sex-On-The-Beach-nampa-Reverse-Temptation | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=bbi137/ |
| 21 | http://www.alljapanesepass.com/dvd/Akiho-Yoshizawa-Banging-in-20-Costumes | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=oned884/ |
| 22 | http://www.alljapanesepass.com/dvd/beautiful-teacher-hight-temptation | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=iptd398/ |
| 23 | http://www.alljapanesepass.com/dvd/20-Busty-Cowgirl-4-Hours | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=onsd554/ |
| 24 | http://www.alljapanesepass.com/dvd/Taken-Down-Fast-Strike-Bazooka-Facial-Minori-Hatsune | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=iptd768/ |
| 25 | http://www.alljapanesepass.com/dvd/Asami-Ogawa-Banging-in-20-Costumes | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=oned874/ |
| 26 | http://www.alljapanesepass.com/dvd/Special-4hrs-Nomination-No-1-Customs-Bakobako | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=soe856/ |
| 27 | http://www.alljapanesepass.com/dvd/s1-girls-collection-ecstasy-squirting-4-hrs | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=onsd342/ |
| 28 | http://www.alljapanesepass.com/dvd/Miku-Ohashi-20-Cosplay-Fuck | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=midd443/ |

| # | | |
|---|---|---|
| 29 | http://www.alljapanesepass.com/dvd/banching-in-20-costumes | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=soe132/ |
| 30 | http://www.alljapanesepass.com/dvd/Married-Female-Teacher-With-Cuckold | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=soe968/ |
| 31 | http://www.alljapanesepass.com/dvd/Outdoor-Exposure-Sex-Collection-4-Hours | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jusd352/ |
| 32 | http://www.alljapanesepass.com/dvd/Yuki-Fuwari-No-Panty-No-Life | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=pgd530/ |
| 33 | http://www.alljapanesepass.com/dvd/Nurse-Glamorous-Hip | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=pgd391/ |
| 34 | http://www.alljapanesepass.com/dvd/av-impossible-2 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mmnd021/ |
| 35 | http://www.alljapanesepass.com/dvd/ill-just-be-cool-blow-job | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=idbd273/ |
| 36 | http://www.alljapanesepass.com/dvd/E-body-Special-Edition | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ebod196/ |
| 37 | http://www.alljapanesepass.com/dvd/Momochichigyaku-Happy-play-Nurse-Julia | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mide063/ |
| 38 | http://www.alljapanesepass.com/dvd/Beauty-Big-Breasts-Soft-Sex | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mibd594/ |
| 39 | http://www.alljapanesepass.com/dvd/Splash-Race-Queen | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ars017/ |
| 40 | http://www.alljapanesepass.com/dvd/Rina-Hot-chick-Hitomi-Also-Rising | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mide038/ |
| 41 | http://www.alljapanesepass.com/dvd/Clothing-Soapland-Hatano-Yui | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=miad648/ |
| 42 | http://www.alljapanesepass.com/dvd/Sweaty-J-Cup-Apricot-Instructor-Mizuki | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=pppd239/ |
| 43 | http://www.alljapanesepass.com/dvd/1st-Experience-Chu-you-Partner-Of-Minimum-Hottie | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=kawd448/ |
| 44 | http://www.alljapanesepass.com/dvd/popular-av-actress-trained-by-amateur-man | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=midd523/ |
| 45 | http://www.alljapanesepass.com/dvd/Sperm-Aspiration-Vacuum-Blowjob-Ai-Haneda | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz272/ |
| 46 | http://www.alljapanesepass.com/dvd/101cm-Rocket-Type-H-Nishikawa-Rion | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ebod284/ |
| 47 | http://www.alljapanesepass.com/dvd/Temptation-Of-High-quality-Pantyhose | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=onsd734/ |
| 48 | http://www.alljapanesepass.com/dvd/Beautiful-Undercover-Gang-Happy-play | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mird122/ |
| 49 | http://www.alljapanesepass.com/dvd/Love-Cum-Pacifier-Technician | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tyod166/ |
| 50 | http://www.alljapanesepass.com/dvd/Beautiful-Mature-Woman-And-Black | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jux175/ |
| 51 | http://www.alljapanesepass.com/dvd/Kei-Mochizuki-99cm-H-Cup | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=pppd0020/ |



MARSHALL • SUZUKI LAW GROUP
150 Spear Street, Suite 725
San Francisco CA 94105
T E L 415.618.0090
F A X 415.618.0190

Junji Suzuki
junji@marshallsuzuki.com

December 2, 2014

**Via Email**

Alljapanesepass.com
Web form: http://www.supportidols.com/support4/index.php?/Tickets/Submit

Epoch.com LLC
Attn: DMCA Agent/Adriana Dulic
2644 30th St., 2nd Floor
Santa Monica, CA, 90405
Email: copyright@epoch.com

Webzilla Inc.
Attn: Constantin Luchian/ Custodian of Record
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Email: abuse@webzilla.com; support@webzilla.com; legal@webazilla.com

> RE:   **NOTIFICATION OF COPYRIGHT INFRINGEMENT**
>       **(Pursuant to 17 U.S.C. § 512)**
>       **Infringing Website: www.alljapanesepass.com/**

To whom it may concern:

This law office represents CA, Co. Ltd., a Japanese corporation (hereinafter called "CA"), in connection with CA's copyright infringement claim against you/your customer www.alljapanesepass.com .

It has recently come to CA's attention that you/your customer has unlawfully published and introduced to the market certain copyrighted work listed in Exhibit A attached hereto ("Exhibit A"), which is exclusively licensed to CA (referred to as the "CA Work" or "Original Work"). The URLs of the video infringing the exclusive right of CA are also identified and listed in Exhibit A (referred to as the "Infringing Work").

You/your customer has been advertising, distributing, and selling the Infringing Work, which is materially identical to the CA Work, through online store located at the aforementioned URL. It is clear that you/your customer has used the CA Work without

Alljapanesepass.com/Epoch.com LLC/Webzilla Inc.
December 2, 2014
Page 2 of 2

CA's permission, and that you/your customer's conduct infringes CA's exclusive right. Thus, CA has a good faith belief that use of the material in the manner complained of is not authorized by CA, its agent or the law.

On behalf of CA, we demand that you/your customer immediately disable access to the CA Work and cease any use, reproduction, and distribution of the CA Work and that you provide us with a written assurance that you/your customer will:

(a) permanently cease and desist from further use of the CA Work;
(b) permanently cease and desist from further advertising, marketing, distribution, and sale of the CA Work;
(c) remove or disable access to the Infringing Work and so confirm to us in writing;
(d) delete from your/your customer's website the advertisement that you/your customer sell the Infringing Work;
(e) display on your/your customer website for three months the statement that (i) the owner of the exclusive right of the CA Work is CA, and (ii) you/your customer have been selling the Infringing Work without CA's permission.

We also demand a written assurance that you/your customer will fully account to us with regard to advertising, marketing, purchasing, sales, and profits of the Infringing Works.

I declare that the information in this notice is accurate, and under penalty of perjury, that this office is authorized to act on behalf of CA, the owner of the exclusive right of the CA Work.

Your immediate response will be appreciated.

Very truly yours,

MARSHALL SUZUKI LAW GROUP, LLP

/s/

Junji Suzuki
Attorney at Law
150 Spear Street, Suite 725
San Francisco, CA 94105
(Tel) 415-618-0090
(Fax) 415-618-0190
(Email) junji@marshallsuzuki.com

Cc: Client

1. Infringing Work
http://www.alljapanesepass.com/dvd/St-Compensated-Dating-Diary-Uehara-Honami
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mimk014/

2. Infringing Work
http://www.alljapanesepass.com/dvd/Woman-To-Choose-In-Convulsions-Ascension
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ebod323/

3. Infringing Work
http://www.alljapanesepass.com/dvd/Embarrassed-Peak-Yamate-Bookmark
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ebod320/

4. Infringing Work
http://www.alljapanesepass.com/dvd/Body-Shiina-Marina-To-Kiss
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ebod321/

5. Infringing Work
http://www.alljapanesepass.com/dvd/Battle-Of-Fella-Friend-Date-Wife-Came-Home
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=hjmo273/

6. Infringing Work
http://www.alljapanesepass.com/dvd/Sex-From-Morning-Till-Night-In-Amateur-Home
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mide028/

7. Infringing Work
http://www.alljapanesepass.com/dvd/Felt-In-Each-Other-Lips-And-Tongue
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mide039/

8. Infringing Work
http://www.alljapanesepass.com/dvd/Hot-Lady-Loss-Of-Virginity-Neat-And-Clean-Breasts
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=3wanz075/

9. Infringing Work
http://www.alljapanesepass.com/dvd/First-Lifting-Of-The-Ban-On-True-10-Cum-Shots
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jux236/

10. Infringing Work
http://www.alljapanesepass.com/dvd/Adultery-Affair-Wife-Frustration-Day-Night
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mdyd862/

11. Infringing Work
http://www.alljapanesepass.com/dvd/Week-Of-Naughtiness-Husband-Absence-Of-Wife
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=rbd549/

12. Infringing Work
http://www.alljapanesepass.com/dvd/Soap-Out-Beautiful-Hottie-Squirting-2-Holes
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=migd567/

13. Infringing Work
http://www.alljapanesepass.com/dvd/2%20Transcendence%20Hot-sex-aika%20Phosphorus
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=kird184/

14. Infringing Work
http://www.alljapanesepass.com/dvd/Big-Soap-3-Hosaka-Collar
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=pppd252/

15. Infringing Work
http://www.alljapanesepass.com/dvd/The-Same-Level-As-Ait-Este-Rebuked
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=miad665/

16. Infringing Work
http://www.alljapanesepass.com/dvd/Homecoming-Hoshino-Asuka-Was-Humiliated
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis013/

17. Infringing Work
http://www.alljapanesepass.com/dvd/Sperm-Give-Me-Tear
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis016/

18. Infringing Work
http://www.alljapanesepass.com/dvd/Rookie-Announcer-Happy-play-Perhorny-liferated
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis012/

19. Infringing Work
http://www.alljapanesepass.com/dvd/Kuramochi%20Binding%20Love,%20Masu%20Go
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis015/

20. Infringing Work
http://www.alljapanesepass.com/dvd/Let-s-Play-Outdoors-Sex-Aino-Kishi
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz296/

21. Infringing Work
http://www.alljapanesepass.com/dvd/Pies-For-The-First-Time-Over-The-Intrinsic
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=migd499/

22. Infringing Work
http://www.alljapanesepass.com/dvd/Fornication-Naughtyity-Taught-Each-Hottie-Uniform
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis046/

23. Infringing Work
http://www.alljapanesepass.com/dvd/Wife-s-Limited-Non-fiction-Affair-Travel
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mdyd841/

24. Infringing Work
http://www.alljapanesepass.com/dvd/Life-Of-College-Student-Hijacked-Home-Occupation
Original Work

http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=rbd538/

25.Infringing Work
http://www.alljapanesepass.com/dvd/Beautiful-Mature-Woman-Soap-Tsubohime-Palace
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jux223/

26.Infringing Work
http://www.alljapanesepass.com/dvd/Maturechick-in-law-Was-Turned-Into-Sex-Worker
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jux166/

27.Infringing Work
http://www.alljapanesepass.com/dvd/Beautiful-Wife-husband-Herbivorous-Tits-Wife
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mdyd839/

28.Infringing Work
http://www.alljapanesepass.com/dvd/The-Golden-Ratio-Body-Utsunomiya
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis009/

29.Infringing Work
http://www.alljapanesepass.com/dvd/I-Want-A-Maturechick-Nanami-Hisa-Generation
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jux135/

30.Infringing Work
http://www.alljapanesepass.com/dvd/Happy-play-Kinosaki-Riona-Being-Hot-sexed-Student
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jux207/

31.Infringing Work
http://www.alljapanesepass.com/dvd/Av-Debut-G-Cup-Pies-Real-Active-College-Student
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tkhnd049/

32.Infringing Work
http://www.alljapanesepass.com/dvd/Touma-Yuki-Sakurai-Mami-Mizuki-Yume-Radical-And-Lesbian-Big-Tits-Anal-Fuck-Instructor
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=vicd256/

33.Infringing Work
http://www.alljapanesepass.com/dvd/The-Watanabe-Friend
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=7rki143/

34.Infringing Work
http://www.alljapanesepass.com/dvd/Lori-Figure-Body-Aoba-Yuna
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ebod335/

35.Infringing Work
http://www.alljapanesepass.com/dvd/4Hrs-Oppai-Nurse-Special-Pretty-Worker-Heaven
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ppsd045/

36.Infringing Work
http://www.alljapanesepass.com/dvd/Day-Timetable-Teacher-Submission-Of-Shame

Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=rbd519/

37. Infringing Work
http://www.alljapanesepass.com/dvd/Investigators-Arai-Erie
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=migd558/

38. Infringing Work
http://www.alljapanesepass.com/dvd/Ran-Out-3-Production-Hazuki-Allowed-Love
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=migd568/

39. Infringing Work
http://www.alljapanesepass.com/dvd/First-Time-In-Nakadashi-Akiyoshi-Hina
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=migd563/

40. Infringing Work
http://www.alljapanesepass.com/dvd/Sun-Timetable-Teacher-Attention-Of-Shame
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=rbd553/

41. Infringing Work
http://www.alljapanesepass.com/dvd/Two-Wives-Reiko-Sawamura-Kaori-In-Love
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=adn012/

42. Infringing Work
http://www.alljapanesepass.com/dvd/Most-High-Woman-Proud-Of-Undercover-Officers
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=snis026/

43. Infringing Work
http://www.alljapanesepass.com/dvd/Ample-Wall-Thickness-Soapland
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mdyd848/

44. Infringing Work
http://www.alljapanesepass.com/dvd/Big-Woman-Moody-Sexymissy-Of-Caress-Desire
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis034/

45. Infringing Work
http://www.alljapanesepass.com/dvd/Absorbed-While-Intoxicated-All-Day
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=3wanz111/

46. Infringing Work
http://www.alljapanesepass.com/dvd/Rina-Ito-Man-Shaving-Hair-For-The-
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis014/

47. Infringing Work
http://www.alljapanesepass.com/dvd/Nurse-Hottie-Do-You-Like-Yuzunozomi-Aoi-Sex
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz301/

48. Infringing Work

http://www.alljapanesepass.com/dvd/Sperm-Give-Me-Saki-Kozai
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis033/

49. Infringing Work
http://www.alljapanesepass.com/dvd/Transfers-Tits-Special-Kinoshita-Azumi
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mide050/

50. Infringing Work
http://www.alljapanesepass.com/dvd/Kid-Of-Development-Program-Of-Sailor-Investigator
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis043/