# UNITED STATES DISTRICT COURT
for the
Northern District of California

In re DMCA Subpoena to Webzilla Inc.

_____ )
       *Plaintiff* )
       v. )    Civil Action No. CV-15-80-067 misc
        )
_____ )
       *Defendant* )

## AMENDED SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION
Webzilla Inc.

To: _____

*(Name of person to whom this subpoena is directed)*

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All information sufficient to identify your customer www.alljapanesepass.com, as specified in the attached notice dated October 31 and December 2, 2014, from any and all sources, including but not limited to billing or administrative records that prove the name(s), address(es), telephone number(s), email address(es), IP address(es), account number(s), credit card numbers and any other electronic or physical documents identifying your customer www.alljapanesepass.com

| Place: Friedland Vining, P.A.<br>1500 San Remo Ave., Suite 200<br>Coral Gables, Florida 33146 | Date and Time:<br><br>03/19/2015 at 10:00 AM |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

              *CLERK OF COURT*

                              OR

_____     _____
*Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    CA CO. LTD.
_____, who issues or requests this subpoena, are:
Junji Suzuki, Esq., Marshall Suzuki Law Group,. LLP. 150 Spear., Suite 725, San Francisco, C.A 94105. Junji@marshallsuzuki.com (415) 618-0090

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. CV-15-80-067 misc

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
  (i) is a party or a party's officer; or
  (ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
 (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
 (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
 (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  (i) fails to allow a reasonable time to comply;
  (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
  (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  (i) disclosing a trade secret or other confidential research, development, or commercial information; or
  (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
 (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  (i) expressly make the claim; and
  (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
  (i) is a party or a party's officer; or
  (ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
 (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
 (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
 (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  (i) fails to allow a reasonable time to comply;
  (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
  (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  (i) disclosing a trade secret or other confidential research, development, or commercial information; or
  (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
 (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  (i) expressly make the claim; and
  (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).



MARSHALL • SUZUKI LAW GROUP
150 Spear Street, Suite 725
San Francisco CA 94105
T E L 415.618.0090
F A X 415.618.0190

Junji Suzuki
junji@marshallsuzuki.com

October 31, 2014

**Via Email**

Alljapanesepass.com
via web form at http://www.supportidols.com/support4/

Epoch.com LLC
Attn: DMCA Agent/Adriana Dulic
2644 30th St., 2nd Floor
Santa Monica, CA, 90405
Email: copyright@epoch.com

Webzilla Inc.
Attn: Constantin Luchian/ Custodian of Record
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Email: abuse@webzilla.com; support@webzilla.com; legal@webazilla.com

    RE:    **_NOTIFICATION OF COPYRIGHT INFRINGEMENT_**
            **(Pursuant to 17 U.S.C. § 512)**
            **Your/Your Customer: www.alljapanesepass.com/**

To whom it may concern:

    This law office represents CA, Co. Ltd., a Japanese corporation (hereinafter called "CA"), in connection with CA's copyright infringement claim against you/your customer www.alljapanesepass.com .

    It has recently come to CA's attention that you/your customer has unlawfully published and introduced to the market certain copyrighted work listed in Exhibit A attached hereto ("Exhibit A"), which is exclusively licensed to CA (referred to as the "CA Work" or "Original Work"). The URLs of the video infringing the exclusive right of CA are also identified and listed in Exhibit A (referred to as the "Infringing Work").

    You/your customer has been advertising, distributing, and selling the Infringing Work, which is materially identical to the CA Work, through online store located at the aforementioned URL. It is clear that you/your customer has used the CA Work without

CA's permission, and that you/your customer's conduct infringes CA's exclusive right. Thus, CA has a good faith belief that use of the material in the manner complained of is not authorized by CA, its agent or the law.

On behalf of CA, we demand that you/your customer immediately disable access to the CA Work and cease any use, reproduction, and distribution of the CA Work and that you provide us with a written assurance that you/your customer will:

(a) permanently cease and desist from further use of the CA Work;
(b) permanently cease and desist from further advertising, marketing, distribution, and sale of the CA Work;
(c) remove or disable access to the Infringing Work and so confirm to us in writing;
(d) delete from your/your customer's website the advertisement that you/your customer sell the Infringing Work;
(e) display on your/your customer website for three months the statement that (i) the owner of the exclusive right of the CA Work is CA, and (ii) you/your customer have been selling the Infringing Work without CA's permission.

We also demand a written assurance that you/your customer will fully account to us with regard to advertising, marketing, purchasing, sales, and profits of the Infringing Works.

I declare that the information in this notice is accurate, and under penalty of perjury, that this office is authorized to act on behalf of CA, the owner of the exclusive right of the CA Work.

Your immediate response will be appreciated.

Very truly yours,

**MARSHALL SUZUKI LAW GROUP, LLP**

/s/

Junji Suzuki
Attorney at Law
150 Spear Street, Suite 725
San Francisco, CA 94105
(Tel) 415-618-0090
(Fax) 415-618-0190
(Email) junji@marshallsuzuki.com

Cc: Client

| | Infringing Work | Original Work |
|---|---|---|
| 1 | http://www.alljapanesepass.com/dvd/Busty-Female-Teacher-Horny-life-Only-To-Me | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mdyd789/ |
| 2 | http://www.alljapanesepass.com/dvd/Brass-Band-Would-Face-What-If-You-Rub-Tits-Hottie | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ebod289/ |
| 3 | http://www.alljapanesepass.com/dvd/Miyu-Nakais-First-Cell | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=midd363/ |
| 4 | http://www.alljapanesepass.com/dvd/S1-Girls-Collection-S-Class-Nurses-Alluring-Sex-4-Hours | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=onsd300/ |
| 5 | http://www.alljapanesepass.com/dvd/Maturechick-in-law-Hospitalized-Attended | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=oba075/ |
| 6 | http://www.alljapanesepass.com/dvd/Chin-Treasury-Treasury-Man | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=pid011/ |
| 7 | http://www.alljapanesepass.com/dvd/Multi-warehouse-Man-Shaving-Hair-For-1st-Time | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=soe964/ |
| 8 | http://www.alljapanesepass.com/dvd/Vacuum-Fellatio | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=7rki161/ |
| 9 | http://www.alljapanesepass.com/dvd/Vine-Horny-lifea-Hottie-And-Sarah-Dick-Black | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=3wanz118/ |
| 10 | http://www.alljapanesepass.com/dvd/8-Hours-Special-of-One-Time-Winning-Erotic-Babes | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=idbd249/ |
| 11 | http://www.alljapanesepass.com/dvd/Anal-Hot-sex-Intrinsic-Mizutani-Heart-Sound | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=migd515/ |
| 12 | http://www.alljapanesepass.com/dvd/Na-Yui-Lingerie | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=3wanz064/ |
| 13 | http://www.alljapanesepass.com/dvd/I-m-Sorry-Familylove-Hiroyuki-Mom-is-Lewd | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=oba073/ |
| 14 | http://www.alljapanesepass.com/dvd/Hot-sex4-Time-Jupa-Jupa-Berokisu-Of-18ppl-Olusegun | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=obe0003/ |
| 15 | http://www.alljapanesepass.com/dvd/Group-Fellatio-4-Hours | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=bib059/ |
| 16 | http://www.alljapanesepass.com/dvd/16-Busty-After-School-Girls-Club | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mibd579/ |
| 17 | http://www.alljapanesepass.com/dvd/Mizutani-Heart-Sound-Out-Shaved-Intrinsic-In | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=migd542/ |
| 18 | http://www.alljapanesepass.com/dvd/Kokomi-Sakura-Banging-in-20-Costumes | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=soe327/ |
| 19 | http://www.alljapanesepass.com/dvd/Wearing-No-Underwear-Housekeeper | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=oba080/ |
| 20 | http://www.alljapanesepass.com/dvd/Hot-sex-On-The-Beach-nampa-Reverse-Temptation | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=bbi137/ |
| 21 | http://www.alljapanesepass.com/dvd/Akiho-Yoshizawa-Banging-in-20-Costumes | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=oned884/ |
| 22 | http://www.alljapanesepass.com/dvd/beautiful-teacher-hight-temptation | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=iptd398/ |
| 23 | http://www.alljapanesepass.com/dvd/20-Busty-Cowgirl-4-Hours | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=onsd554/ |
| 24 | http://www.alljapanesepass.com/dvd/Taken-Down-Fast-Strike-Bazooka-Facial-Minori-Hatsune | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=iptd768/ |
| 25 | http://www.alljapanesepass.com/dvd/Asami-Ogawa-Banging-in-20-Costumes | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=oned874/ |
| 26 | http://www.alljapanesepass.com/dvd/Special-4hrs-Nomination-No-1-Customs-Bakobako | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=soe856/ |
| 27 | http://www.alljapanesepass.com/dvd/s1-girls-collection-ecstasy-squirting-4-hrs | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=onsd342/ |
| 28 | http://www.alljapanesepass.com/dvd/Miku-Ohashi-20-Cosplay-Fuck | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=midd443/ |

| # | | |
|---|---|---|
| 29 | http://www.alljapanesepass.com/dvd/banching-in-20-costumes | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=soe132/ |
| 30 | http://www.alljapanesepass.com/dvd/Married-Female-Teacher-With-Cuckold | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=soe968/ |
| 31 | http://www.alljapanesepass.com/dvd/Outdoor-Exposure-Sex-Collection-4-Hours | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jusd352/ |
| 32 | http://www.alljapanesepass.com/dvd/Yuki-Fuwari-No-Panty-No-Life | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=pgd530/ |
| 33 | http://www.alljapanesepass.com/dvd/Nurse-Glamorous-Hip | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=pgd391/ |
| 34 | http://www.alljapanesepass.com/dvd/av-impossible-2 | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mmnd021/ |
| 35 | http://www.alljapanesepass.com/dvd/ill-just-be-cool-blow-job | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=idbd273/ |
| 36 | http://www.alljapanesepass.com/dvd/E-body-Special-Edition | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ebod196/ |
| 37 | http://www.alljapanesepass.com/dvd/Momochichigyaku-Happy-play-Nurse-Julia | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mide063/ |
| 38 | http://www.alljapanesepass.com/dvd/Beauty-Big-Breasts-Soft-Sex | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mibd594/ |
| 39 | http://www.alljapanesepass.com/dvd/Splash-Race-Queen | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ars017/ |
| 40 | http://www.alljapanesepass.com/dvd/Rina-Hot-chick-Hitomi-Also-Rising | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mide038/ |
| 41 | http://www.alljapanesepass.com/dvd/Clothing-Soapland-Hatano-Yui | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=miad648/ |
| 42 | http://www.alljapanesepass.com/dvd/Sweaty-J-Cup-Apricot-Instructor-Mizuki | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=pppd239/ |
| 43 | http://www.alljapanesepass.com/dvd/1st-Experience-Chu-you-Partner-Of-Minimum-Hottie | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=kawd448/ |
| 44 | http://www.alljapanesepass.com/dvd/popular-av-actress-trained-by-amateur-man | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=midd523/ |
| 45 | http://www.alljapanesepass.com/dvd/Sperm-Aspiration-Vacuum-Blowjob-Ai-Haneda | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz272/ |
| 46 | http://www.alljapanesepass.com/dvd/101cm-Rocket-Type-H-Nishikawa-Rion | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ebod284/ |
| 47 | http://www.alljapanesepass.com/dvd/Temptation-Of-High-quality-Pantyhose | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=onsd734/ |
| 48 | http://www.alljapanesepass.com/dvd/Beautiful-Undercover-Gang-Happy-play | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mird122/ |
| 49 | http://www.alljapanesepass.com/dvd/Love-Cum-Pacifier-Technician | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tyod166/ |
| 50 | http://www.alljapanesepass.com/dvd/Beautiful-Mature-Woman-And-Black | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jux175/ |
| 51 | http://www.alljapanesepass.com/dvd/Kei-Mochizuki-99cm-H-Cup | http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=pppd0020/ |



MARSHALL · SUZUKI LAW GROUP
150 Spear Street, Suite 725
San Francisco CA 94105
TEL 415.618.0090
FAX 415.618.0190

Junji Suzuki
junji@marshallsuzuki.com

December 2, 2014

**Via Email**

Alljapanesepass.com
Web form: http://www.supportidols.com/support4/index.php?/Tickets/Submit

Epoch.com LLC
Attn: DMCA Agent/Adriana Dulic
2644 30th St., 2nd Floor
Santa Monica, CA, 90405
Email: copyright@epoch.com

Webzilla Inc.
Attn: Constantin Luchian/ Custodian of Record
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Email: abuse@webzilla.com; support@webzilla.com; legal@webazilla.com

RE: **NOTIFICATION OF COPYRIGHT INFRINGEMENT**
(Pursuant to 17 U.S.C. § 512)
Infringing Website: www.alljapanesepass.com/

To whom it may concern:

This law office represents CA, Co. Ltd., a Japanese corporation (hereinafter called "CA"), in connection with CA's copyright infringement claim against you/your customer www.alljapanesepass.com .

It has recently come to CA's attention that you/your customer has unlawfully published and introduced to the market certain copyrighted work listed in Exhibit A attached hereto ("Exhibit A"), which is exclusively licensed to CA (referred to as the "CA Work" or "Original Work"). The URLs of the video infringing the exclusive right of CA are also identified and listed in Exhibit A (referred to as the "Infringing Work").

You/your customer has been advertising, distributing, and selling the Infringing Work, which is materially identical to the CA Work, through online store located at the aforementioned URL. It is clear that you/your customer has used the CA Work without

CA's permission, and that you/your customer's conduct infringes CA's exclusive right. Thus, CA has a good faith belief that use of the material in the manner complained of is not authorized by CA, its agent or the law.

On behalf of CA, we demand that you/your customer immediately disable access to the CA Work and cease any use, reproduction, and distribution of the CA Work and that you provide us with a written assurance that you/your customer will:

- (a) permanently cease and desist from further use of the CA Work;
- (b) permanently cease and desist from further advertising, marketing, distribution, and sale of the CA Work;
- (c) remove or disable access to the Infringing Work and so confirm to us in writing;
- (d) delete from your/your customer's website the advertisement that you/your customer sell the Infringing Work;
- (e) display on your/your customer website for three months the statement that (i) the owner of the exclusive right of the CA Work is CA, and (ii) you/your customer have been selling the Infringing Work without CA's permission.

We also demand a written assurance that you/your customer will fully account to us with regard to advertising, marketing, purchasing, sales, and profits of the Infringing Works.

I declare that the information in this notice is accurate, and under penalty of perjury, that this office is authorized to act on behalf of CA, the owner of the exclusive right of the CA Work.

Your immediate response will be appreciated.

Very truly yours,

**MARSHALL SUZUKI LAW GROUP, LLP**

/s/

Junji Suzuki
Attorney at Law
150 Spear Street, Suite 725
San Francisco, CA 94105
(Tel) 415-618-0090
(Fax) 415-618-0190
(Email) junji@marshallsuzuki.com

Cc: Client

1. Infringing Work
http://www.alljapanesepass.com/dvd/St-Compensated-Dating-Diary-Uehara-Honami
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mimk014/

2. Infringing Work
http://www.alljapanesepass.com/dvd/Woman-To-Choose-In-Convulsions-Ascension
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ebod323/

3. Infringing Work
http://www.alljapanesepass.com/dvd/Embarrassed-Peak-Yamate-Bookmark
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ebod320/

4. Infringing Work
http://www.alljapanesepass.com/dvd/Body-Shiina-Marina-To-Kiss
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ebod321/

5. Infringing Work
http://www.alljapanesepass.com/dvd/Battle-Of-Fella-Friend-Date-Wife-Came-Home
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=hjmo273/

6. Infringing Work
http://www.alljapanesepass.com/dvd/Sex-From-Morning-Till-Night-In-Amateur-Home
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mide028/

7. Infringing Work
http://www.alljapanesepass.com/dvd/Felt-In-Each-Other-Lips-And-Tongue
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mide039/

8. Infringing Work
http://www.alljapanesepass.com/dvd/Hot-Lady-Loss-Of-Virginity-Neat-And-Clean-Breasts
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=3wanz075/

9. Infringing Work
http://www.alljapanesepass.com/dvd/First-Lifting-Of-The-Ban-On-True-10-Cum-Shots
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jux236/

10. Infringing Work
http://www.alljapanesepass.com/dvd/Adultery-Affair-Wife-Frustration-Day-Night
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mdyd862/

11. Infringing Work
http://www.alljapanesepass.com/dvd/Week-Of-Naughtiness-Husband-Absence-Of-Wife
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=rbd549/

12. Infringing Work
http://www.alljapanesepass.com/dvd/Soap-Out-Beautiful-Hottie-Squirting-2-Holes
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=migd567/

13. Infringing Work
http://www.alljapanesepass.com/dvd/2%20Transcendence%20Hot-sex-aika%20Phosphorus
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=kird184/

14. Infringing Work
http://www.alljapanesepass.com/dvd/Big-Soap-3-Hosaka-Collar
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=pppd252/

15. Infringing Work
http://www.alljapanesepass.com/dvd/The-Same-Level-As-Ait-Este-Rebuked
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=miad665/

16. Infringing Work
http://www.alljapanesepass.com/dvd/Homecoming-Hoshino-Asuka-Was-Humiliated
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis013/

17. Infringing Work
http://www.alljapanesepass.com/dvd/Sperm-Give-Me-Tear
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis016/

18. Infringing Work
http://www.alljapanesepass.com/dvd/Rookie-Announcer-Happy-play-Perhorny-liferated
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis012/

19. Infringing Work
http://www.alljapanesepass.com/dvd/Kuramochi%20Binding%20Love,%20Masu%20Go
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis015/

20. Infringing Work
http://www.alljapanesepass.com/dvd/Let-s-Play-Outdoors-Sex-Aino-Kishi
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz296/

21. Infringing Work
http://www.alljapanesepass.com/dvd/Pies-For-The-First-Time-Over-The-Intrinsic
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=migd499/

22. Infringing Work
http://www.alljapanesepass.com/dvd/Fornication-Naughtyity-Taught-Each-Hottie-Uniform
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis046/

23. Infringing Work
http://www.alljapanesepass.com/dvd/Wife-s-Limited-Non-fiction-Affair-Travel
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mdyd841/

24. Infringing Work
http://www.alljapanesepass.com/dvd/Life-Of-College-Student-Hijacked-Home-Occupation
Original Work

http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=rbd538/

25. Infringing Work
http://www.alljapanesepass.com/dvd/Beautiful-Mature-Woman-Soap-Tsubohime-Palace
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jux223/

26. Infringing Work
http://www.alljapanesepass.com/dvd/Maturechick-in-law-Was-Turned-Into-Sex-Worker
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jux166/

27. Infringing Work
http://www.alljapanesepass.com/dvd/Beautiful-Wife-husband-Herbivorous-Tits-Wife
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mdyd839/

28. Infringing Work
http://www.alljapanesepass.com/dvd/The-Golden-Ratio-Body-Utsunomiya
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis009/

29. Infringing Work
http://www.alljapanesepass.com/dvd/I-Want-A-Maturechick-Nanami-Hisa-Generation
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jux135/

30. Infringing Work
http://www.alljapanesepass.com/dvd/Happy-play-Kinosaki-Riona-Being-Hot-sexed-Student
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=jux207/

31. Infringing Work
http://www.alljapanesepass.com/dvd/Av-Debut-G-Cup-Pies-Real-Active-College-Student
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tkhnd049/

32. Infringing Work
http://www.alljapanesepass.com/dvd/Touma-Yuki-Sakurai-Mami-Mizuki-Yume-Radical-And-Lesbian-Big-Tits-Anal-Fuck-Instructor
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=vicd256/

33. Infringing Work
http://www.alljapanesepass.com/dvd/The-Watanabe-Friend
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=7rki143/

34. Infringing Work
http://www.alljapanesepass.com/dvd/Lori-Figure-Body-Aoba-Yuna
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ebod335/

35. Infringing Work
http://www.alljapanesepass.com/dvd/4Hrs-Oppai-Nurse-Special-Pretty-Worker-Heaven
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ppsd045/

36. Infringing Work
http://www.alljapanesepass.com/dvd/Day-Timetable-Teacher-Submission-Of-Shame

Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=rbd519/

37. Infringing Work
http://www.alljapanesepass.com/dvd/Investigators-Arai-Erie
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=migd558/

38. Infringing Work
http://www.alljapanesepass.com/dvd/Ran-Out-3-Production-Hazuki-Allowed-Love
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=migd568/

39. Infringing Work
http://www.alljapanesepass.com/dvd/First-Time-In-Nakadashi-Akiyoshi-Hina
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=migd563/

40. Infringing Work
http://www.alljapanesepass.com/dvd/Sun-Timetable-Teacher-Attention-Of-Shame
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=rbd553/

41. Infringing Work
http://www.alljapanesepass.com/dvd/Two-Wives-Reiko-Sawamura-Kaori-In-Love
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=adn012/

42. Infringing Work
http://www.alljapanesepass.com/dvd/Most-High-Woman-Proud-Of-Undercover-Officers
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=snis026/

43. Infringing Work
http://www.alljapanesepass.com/dvd/Ample-Wall-Thickness-Soapland
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mdyd848/

44. Infringing Work
http://www.alljapanesepass.com/dvd/Big-Woman-Moody-Sexymissy-Of-Caress-Desire
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis034/

45. Infringing Work
http://www.alljapanesepass.com/dvd/Absorbed-While-Intoxicated-All-Day
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=3wanz111/

46. Infringing Work
http://www.alljapanesepass.com/dvd/Rina-Ito-Man-Shaving-Hair-For-The-
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis014/

47. Infringing Work
http://www.alljapanesepass.com/dvd/Nurse-Hottie-Do-You-Like-Yuzunozomi-Aoi-Sex
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=ipz301/

48. Infringing Work

http://www.alljapanesepass.com/dvd/Sperm-Give-Me-Saki-Kozai
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis033/

49. Infringing Work
http://www.alljapanesepass.com/dvd/Transfers-Tits-Special-Kinoshita-Azumi
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=mide050/

50. Infringing Work
http://www.alljapanesepass.com/dvd/Kid-Of-Development-Program-Of-Sailor-Investigator
Original Work
http://www.dmm.co.jp/mono/dvd/-/detail/=/cid=tksnis043/